IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALBAMA
NORTHERN DIVISION

**DOROTHY COWAN,**

    **Plaintiff,**

                                  Civil Action No. 2:07cv779

VS.

**JACKSON HOSPITAL & CLINIC,**   )
**INC., a domestic corporation, conducting**)
**business in the State of Alabama,**   )

    **Defendant.**                )

## NOTICE OF APPEARANCE

    **COMES NOW** the undersigned attorney and enters his appearance as counsel of record for the above-named plaintiff. Counsel respectfully requests that all future correspondence be directed to him at the address listed below.

                                        Respectfully Submitted,

                                        <u>Is! Dwayne L. Brown</u>
                                        Dwayne L. Brown (BRO149)
                                        Attorney for the Plaintiff

Of Counsel:
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: <u>dbrownadbrownatty.com</u>