IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALBAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY COWAN,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 2:07cv779 |
| **vs.** ) | |
| ) | |
| **JACKSON HOSPITAL & CLINIC,** ) | |
| **INC., a domestic corporation, conducting** ) | |
| **business in the State of Alabama,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION TO WITHDRAW

COMES NOW the undersigned attorney and respectfully files this Motion to Withdraw in the above captioned case and in support thereof states:

1. That the undersigned attorney has accepted employment with the State of Alabama and cannot continue in the private practice of law.

                                                  Respectfully Submitted,

                                                  /s/Laura M. Irby
                                                  Laura M. Irby (IRB010)
                                                  Attorney for the Plaintiff

**Of Counsel:**
Law Office of Dwayne L. Brown, PC
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail:  lirhyAdbrownatty.com