IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOROTHY COWAN,                    )
                                  )
    Plaintiff,                    )
                                  )      CIVIL ACTION NO.
    v.                            )        2:07cv779-MHT
                                  )
JACKSON HOSPITAL & CLINIC,        )
INC., etc.,                       )
                                  )
    Defendant.                    )
```

ORDER

It is ORDERED that the motion to withdraw (Doc. No. 6) is granted.

DONE, this the 18th day of September, 2007.

                                          /s/ Myron H. Thompson
                                   UNITED STATES DISTRICT JUDGE