IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, | § |
| Plaintiff, | § |
| vs. | § CASE NO.: 2:07-cv-779 |
| JACKSON HOSPITAL & CLINIC, INC., a domestic corporation, conducting business in the State of Alabama, | § |
| Defendant. | § |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Jackson Hospital & Clinic, Inc., Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☑ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                                   Relationship to Party

_____                          _____

_____                          _____

09/20/2007
Date

/s/ Ben C. Wilson
BEN C. WILSON (asb-1649-i54b)
Attorney for Defendant,
Jackson Hospital & Clinic, Inc.

OF COUNSEL:

RUSHTON, STAKELY, JOHNSTON
    & GARRETT, P.A.
184 Commerce Street
P.O. Box 270
Montgomery, AL 36101-0270
Phone: (334) 206-3100
Fax: (334) 262-6277
bcw@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed and served through CMECF the above and foregoing document upon all interested parties on this the 20th day of September 2007, as follows:

Dwayne L. Brown
**Law Office of Dwayne L. Brown, P.C.**
P.O. Box 230205
Montgomery, Alabama 36123-0205

/s/ Ben C. Wilson
OF COUNSEL