IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__NORTHERN__ DIVISION

DOROTHY COWAN
_____

   Plaintiff,

v.                                    CASE NO. __2:07CV779____

JACKSON HOSPITAL & CLINIC, INC.
_____

   Defendants,

### CONFLICT DISCLOSURE STATEMENT

COMES NOW __Dorothy Cowan__, a __Plaintiff__ in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

☒ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

9/20/2007                              /s/Dwayne L. Brown
_____                            _____
   Date                                    (Signature)
                                       __Dwayne L. Brown__
                                       _____
                                          (Counsel's Name)
                                       __Dorothy Cowan__
                                       _____
                                       Counsel for (print names of all parties)
                                       Poet Office Box 230205
                                       _____
                                       Montgomery. AL 36123-0205
                                       _____
                                       Address, City, State Zip Code
                                       (334) 277-3757
                                       _____
                                       Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____NORTHERN_____ DIVISION

### CERTIFICATE OF SERVICE

I, _Dwayne L. Brown_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by _CM/ECF_____(manner of service, Le., U.S. Mail, electronic mail, etc.) on this _20th_ day of September 2007, to:

Ben c. Wilson, bcw©rsjg.com

_____

_____

_____

_____

_____


9/2010207                                              /s/Dwayne L. Brown
      Date                                                      Signature