IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:07cv779-MHT |
| ) | |
| JACKSON HOSPITAL & CLINIC, ) | |
| INC., etc., ) | |
| ) | |
|    Defendants. ) | |

ORDER

It is ORDERED that the motion for summary judgment (Doc. no. 14) is set for submission, without oral argument, on May 30, 2008, with all briefs and evidentiary materials due by said date.

DONE, this the 14th day of May, 2008.

    /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE