IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JACKSON HOSPITAL & CLINIC, )<br>INC., a domestic corporation, conducting )<br>business in the State of Alabama, )<br>)<br>Defendant. ) | Civil Action No. 2:07cv779 |

**PLAINTIFF'S MOTION TO DEFER CONSIDERATION OF DFENDANT JACKSON HOSPITAL'S MOTION FOR SUMMARY JUDGMENT AND/OR IN THE ALTERNATIVE, MOTION TO EXTEND DISCOVERY DEADLINE**

**COMES NOW** the Plaintiff, Dorothy Cowan, and files her motion to defer the consideration of Jackson Hospital's motion for summary judgment and/or in the alternative motion to extend discovery deadline, and in support shows:

1. That on the evening of May 12, 2008, Defendant Jackson filed their motion for summary judgment.

2. That on May 14, 2008, this Honorable Court issued an order mandating that Plaintiff submit her response by May 30, 2008.

3. That pursuant to this Court's scheduling order, the discovery deadline expires on June 16, 2008.

4. That in an effort to complete said discovery, the undersigned counsel has written three (3) letters dated April 23, April 24 and May 5, 2008 to Attorney Ben Wilson requesting deposition dates. (Letters attached as composite Exhibit A).

5. That Attorney Wilson wrote a letter dated May 2, 2008, indicating that he had a trial scheduled for May 12, 2008, and Jackson would make the other witnesses Plaintiff requested available within a reasonable time after the

conclusion of his trial.

6. That interestingly, Attorney Wilson filed a voluminous motion for summary judgment during the week of his May 12, 2008 trial. (Letter dated May 2, 2008, attached hereto as Exhibit B).

7. That Plaintiff's case would be materially prejudiced by requiring her response by May 30, 2008.

8. That Plaintiff is presently not ready to fully respond to Defendant's motion for summary judgment.

9. That Plaintiff has not completed her material discovery in said case.

10. That in lieu of the foregoing, Plaintiff is requesting that this Honorable Court defer the consideration of Defendant Jackson's motion for summary judgment, and/or extend the discovery deadline until July 16, 2008 to afford Plaintiff additional time to schedule depositions she has unsuccessfully attempted to schedule for three (3) weeks.

11. That in further support of this motion, the undersigned attorney has attached an affidavit pursuant to Rule 56(f).

Respectfully Submitted,

Dwayne L. Brown (BRO149)
Attorney for the Plaintiff

Of Counsel:
**Law Office of Dwayne L. Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

## Certificate of Service

I hereby certify that on **May 14, 2008**, a copy of the foregoing was served upon the opposing counsel by depositing the same in the United States Mail, postage prepaid and properly addressed to:

Ben Wilson, Esq.
Rushton Stakely Johnston & Garrett, P.A.
Post Office Box 270
Montgomery, AL 36101

_____
Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JACKSON HOSPITAL & CLINIC, )<br>INC., a domestic corporation, conducting )<br>business in the State of Alabama, )<br>)<br>Defendant. ) | Civil Action No. 2:07cv779 |

## AFFIDAVIT OF DWAYNE L. BROWN

STATE OF ALABAMA        )
                                              )
COUNTY OF MONTGOMERY )

**BEFORE ME**, the undersigned authority for the State at Large, personally appeared Dwayne L. Brown, who by me being first duly sworn, did and does depose and say the following:

1.

My name is Dwayne L. Brown and I am above the age of nineteen (19) years. I am otherwise competent to give this Declaration.

2.

Plaintiff has not completed her material discovery in said case.

3.

That in an effort to complete said discovery, the undersigned counsel has written three (3) letters dated April 23, April 24, and May 5, 2008 to Attorney Ben Wilson requesting deposition dates.

4.

That Plaintiff has not received tentative dates for depositions in this regard.

5.

Upon the completion of discovery, Plaintiff will be in a position to fully respond to said motion.

I DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT.

_____
Dwayne L. Brown

Sworn to and Subscribed before me on this 14th day of _____May_____, 2008.

Notary Public _____
My Commission Exp.: __6/11/11__

**DLB** LAW OFFICE OF
**Dwayne L. Brown**
CONSUMER JUSTICE ATTORNEYS

Dwayne L. Brown
dbrown@dbrownatty.com

Laura M. Irby
lirby@dbrownatty.com

May 5, 2008

Ben C. Wilson, Esq.
Rushton Stakely Johnston & Garrett, PA
Post Office Box 270
Montgomery, AL 36101-0270

    Re:      Dorothy R. Cowan v. Jackson Hospital, et al.
    Case No.:  2:07cv779

Dear Ben:

    I acknowledge receipt of your letter dated May 2, 2008. As you know, our discovery deadline expires on June 16, 2008. I have a trial set on May 19th, a hearing set before the 11th Circuit on May 23rd, another hearing set on June 4th, and a second trial set on June 23rd. Consequently, my calendar is getting pretty full.

    I will continue to work with you to the extent possible. I am requesting that you provide me some dates at least three (3) weeks in advance. That way, I can attempt to manipulate my calendar accordingly. I know Judge Thompson expects for us to timely complete discovery in this case. However, if our respective schedules are in conflict, I suggest we file a joint motion to extend the discovery deadline no later than May 26, 2008. Even if we were to conduct the remaining depositions in the first week of June, this would present a problem, mainly because the transcripts would probably be unavailable until mid-June. Furthermore, upon the conclusion of these depositions, I anticipate sending out Plaintiff's final round of subpoenas, etc.

    Please let me hear from you in this regard.

Sincerely,

Dwayne L. Brown

DLB/trw

**Dwayne L. Brown**
CONSUMER JUSTICE ATTORNEYS

Dwayne L. Brown
dbrown@dbrownatty.com

Laura M. Irby
lirby@dbrownatty.com

April 23, 2008

Ben C. Wilson, Esq.
Rushton Stakely Johnston & Garrett, PA
Post Office Box 270
Montgomery, AL 36101-0270

    Re:        Dorothy R. Cowan v. Jackson Hospital, et al.
    Case No.:  2:07cv779

Dear Ben:

It was good to see you last week.

First, as per our agreement, can you please review the CD that you sent to David Jones and confirm by bate numbers which documents you contend have been previously produced to Plaintiff.

Finally, as you know, our discovery deadline expires on June 16, 2008. In an effort to complete discovery, I am requesting that you propose some dates in May that I can depose the following individuals:

1. Ed Scholl;
2. Sherry Venable;
3. Gilbert Darrington;
4. Terry Herring;
5. Terry Lowery; and
6. Rebecca Myrick.

It is my understanding that Ms. Herring does not work for Jackson any longer. Consequently, I will locate her to serve her accordingly. Furthermore, I will direct a subpoena to Mrs. Myrick, unless you prefer that I send it to you.

I look forward to hearing from you.

Sincerely,

Dwayne L. Brown

DLB/trw

**DLB** LAW OFFICE OF
**Dwayne L. Brown**
CONSUMER JUSTICE ATTORNEYS

Dwayne L. Brown
dbrown@dbrownatty.com

Laura M. Irby
lirby@dbrownatty.com

April 24, 2008

Ben C. Wilson, Esq.
Rushton Stakely Johnston & Garrett, PA
Post Office Box 270
Montgomery, AL 36101-0270

      Re:        Dorothy R. Cowan v. Jackson Hospital, et al.
      Case No.:  2:07cv779

Dear Ben:

    Enclosed you will find Plaintiff's Rule 30(b)(6) Notice of Deposition. You will note that a time has not been set for deposition because I do not know your schedule in this regard. However, I wanted to direct said notice to your attention to afford you a reasonable opportunity to designate the appropriate person(s). Please let me know your availability in this regard.

                                            Sincerely,

                                            Dwayne L. Brown

DLB/trw
enclosure

LAW OFFICES
# RUSHTON, STAKELY, JOHNSTON & GARRETT
A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

MAILING ADDRESS:
POST OFFICE BOX 270
MONTGOMERY, ALABAMA 36101-0270

TELEPHONE: (334) 206-3100
FACSIMILE: (334) 262-6277
WEBSITE: WWW.RSJG.COM

WRITER'S DIRECT TELEPHONE: (334) 206-3194
WRITER'S DIRECT FACSIMILE: (334) 481-0831
EMAIL: BCW@RSJG.COM

CHARLES A. STAKELY
J. THEODORE JACKSON, JR.
JAMES W. GARRETT, JR.
ROBERT A. HUFFAKER
THOMAS H. KEENE
RICHARD B. GARRETT
JEFFREY W. BLITZ
DENNIS R. BAILEY
RONALD G. DAVENPORT
FRED W. TYSON
ROBERT C. BROCK
F. CHADWICK MORRISS
T. KENT GARRETT
FRANK J. STAKELY
WILLIAM S. HAYNES
HELEN CRUMP WELLS
PAUL M. JAMES, JR.
CHRIS S. SIMMONS
ROBERT C. WARD, JR.

BOWDY J. BROWN
DANIEL L. LINDSEY, JR.
PATRICK M. SHEGON
BENJAMIN C. WILSON
L. PEYTON CHAPMAN, III
WILLIAM I. ESKRIDGE
ALAN T. HARGROVE, JR.
R. AUSTIN HUFFAKER, JR.
RICHARD L. MCBRIDE, JR.
R. MAC FREEMAN, JR.
JAMES R. DICKENS, JR.
R. BRETT GARRETT
BETHANY L. BOLGER
T. GRANT SEXTON, JR.
STEPHEN P. DEES

OF COUNSEL:
JESSE M. WILLIAMS, III

May 2, 2008

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, Alabama 36123-0205

**RECEIVED MAY 0 5 2008**

Re: *Dorothy Cowan v. Jackson Hospital & Clinic*
U.S. District Court, Middle District of AL/2:07-cv-779-MHT

Dear Dwayne:

I have your letter of April 24 enclosing a 30(b)(6) notice of deposition. As a reminder, I am starting a medical malpractice trial with Judge Reese on May 12, 2008. I expect that case to last essentially the entire week. Therefore, we will look to make a corporate representative and the other witnesses you have asked for available within a reasonable time after the conclusion of that matter.

Sincerely yours,

BEN C. WILSON

BCW/dcr