IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOROTHY COWAN,                    )
                                  )
    Plaintiff,                    )
                                  )       CIVIL ACTION NO.
    v.                            )        2:07cv779-MHT
                                  )
JACKSON HOSPITAL & CLINIC,        )
INC., etc.,                       )
                                  )
    Defendants.                   )
```

ORDER

Although the court is of the opinion that plaintiff's counsel should have been more diligent in conducting discovery (indeed, plaintiff's counsel is now on notice that he must be diligent in the future in all his cases in this federal court or suffer sanctions), it is ORDERED as follows:

(1) Plaintiff's motion to defer consideration and motion to extend deadline (doc. no. 17) are granted to the extent set forth in this order.

(2) Defendant's motion for summary judgment (Doc. no. 14) is reset for submission, without oral argument, on June 30, 2008, with any opposing brief and evidentiary materials due by said date.

(3) The parties are allowed until June 30, 2008, to complete discovery.

DONE, this the 23rd day of May, 2008.

                              /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE