**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

**DOROTHY COWAN,**

      **Plaintiff,**

**v.**                                                    Case No. 2:07-cv-779-MHT

**JACKSON HOSPITAL, et al.,**

      **Defendants.**

## PLAINTIFF'S MOTION TO COMPEL

The Plaintiff, pursuant to Rule 37 of the Federal Rules of Civil Procedure, hereby request this Honorable Court enter an order compelling Defendant to provide further and/or more adequate responses to Plaintiff's Consolidated Discovery. As grounds for this motion, Plaintiff relies on Memorandum in Support of Plaintiff's Motion to Compel and the Exhibit attached thereto, which is filed contemporaneously herewith.

                Respectfully submitted,

                /s/Dwayne L Brown
                Dwayne L. Brown
                Attorney for Plaintiff

OF COUNSEL:
Law Office of Dwayne L. Brown
Post Office Box 230205
Montgomery, AL 36123-0205

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served via the Court's ECF system on June 3, 2008 and the same will be sent to the following via e-mail by the Court's ECF system: **Ben C Wilson, esq.**

                /s/Dwayne L. Brown
                Of Counsel