IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-779-MHT |
| | ) |
| JACKSON HOSPITAL & | ) |
| CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon of review and consideration of *Plaintiff's Motion to Compel* and supporting brief (Docs. 21-22, filed June 3, 2008), it is **ORDERED** that the Defendant show cause why this motion should not be granted on or before **June 9, 2008**.

DONE this 4th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE