IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY COWAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.:  2:07-cv-779-MHT |
| | § | |
| JACKSON HOSPITAL & CLINIC, INC., | § | |
| a domestic corporation, conducting | § | |
| business in the State of Alabama, | § | |
| | § | |
| Defendant. | § | |

**RESPONSE OF DEFENDANT JACKSON HOSPITAL & CLINIC, INC. TO SHOW CAUSE ORDER CONCERNING PLAINTIFF'S MOTION TO COMPEL**

COMES NOW the Defendant, Jackson Hospital & Clinic, Inc. ("Jackson"), and responds as follows to the Show Cause Order of June 4, 2008 (Doc. 23) concerning Plaintiff's Motion to Compel (Docs. 21-22):

1.  As part of her First Consolidated Discovery, Plaintiff sought the production of the personnel file of Angela Griffin, an employee of Jackson Hospital.  Jackson objected to producing Ms. Griffin's personnel file on the grounds that the request is overbroad, unduly invasive of Ms. Griffin's privacy and confidentiality rights, and not reasonably calculated to lead to the discovery of admissible evidence.

2.  In her motion to compel, Plaintiff first asserts that production of Griffin's personnel file is warranted because she was present in the staff meeting wherein David Jones allegedly issued racially offensive remarks.  Plaintiff, whose race is African-American, further charges that Griffin is "in all material respects, similarly situated to [herself] in regards to race, gender, position of employment, and was under the authority of David Jones."  *See* Brief in support of

1

Motion to Compel at pp. 4-5.  Finally, Plaintiff states that "Ms. Jones [sic] filed a racial discrimination complaint against Jackson presumably under the authority of David Jones."  *See id.* at p. 5.

3. In fact, Angela Griffin did not attend the staff meeting at issue in this case.  *See* Affidavit of Angela Griffin, attached hereto as Exhibit A.  More importantly, Angela Griffin is Caucasian, and she has never made any claim of racial or other discrimination against Jackson Hospital or any of her supervisors at any time.  *See id.*

4. This Court has recognized the strong public policy against the discovery of personnel files and has suggested that production occur only where the material sought is (1) clearly relevant and (2) the need for discovery is compelling.  *See Coker v. Duke & Company, Inc.*, 177 F.R.D. 682, 685 (M.D. Ala. 1998).  Earlier in the discovery process, Jackson Hospital voluntarily produced the personnel file of David Jones, the employee who allegedly made the discriminatory statements at issue.  Nevertheless, under the circumstances set forth herein, there is no basis whatsoever to sanction the production of Angela Griffin's personnel file.  Therefore, Jackson Hospital respectfully urges this Court to issue an Order overruling Plaintiff's Motion to Compel.

    /s/ Benjamin C. Wilson
**BENJAMIN C. WILSON**
**Ala. Bar No.: asb-1649-i54b**
**Attorney for Defendant**
**Jackson Hospital & Clinic, Inc.**

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
**P.O. Box 270**
**Montgomery, Alabama  36101-0270**
**Phone:  (334) 206-3194**
**Fax:  (334) 481-0831**
**bcw@rsjg.com**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed above and foregoing document with the Court via CM-ECF, on this the 9th day of June 2008, and that service will be made electronically by CM-ECF on the following counsel of record:

Dwayne L. Brown, Esq.
Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, Alabama 36123-0205

                                                /s/ Benjamin C. Wilson_____
                                                OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY COWAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CASE NO.: 2:07-CV-779-MHT-TFM |
| JACKSON HOSPITAL & CLINIC, INC., | § § § § | |
| Defendant. | § § | |

**AFFIDAVIT OF ANGELA GRIFFIN**

STATE OF ALABAMA         )

MONTGOMERY COUNTY  )

BEFORE ME, a Notary Public, in and for said state and county, personally appeared Angela Griffin, who is known to me, and who upon being sworn on oath, duly deposes as follows:

1. My name is Angela Griffin. I am over the age of 19 years, and I have personal knowledge of all facts and matters set forth in this Affidavit.

2. I am currently employed by Jackson Hospital. At this time, I work in the hospital's information services department as an analyst.

3. I did not attend the patient access department staff meeting headed by David Jones on June 21, 2006.

4. My race is Caucasian, and my gender is female.

Exhibit A

5. I have never filed or submitted any claim of racial or gender discrimination against Jackson Hospital or any of my current or former supervisors at the hospital.

*Angela Griffin*
ANGELA GRIFFIN

SWORN TO AND SUBSCRIBED BEFORE ME this 4 day of June, 2008.

*Frances B. Culberson*
Notary Public

My commission expires: 8-27-2011

Exhibit A