IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-779-MHT |
| | ) |
| JACKSON HOSPITAL & CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## **ORDER**

Pending before the Court are *Plaintiff's Motion to Compel* and supporting brief (Docs. 21-22, filed June 3, 2008) and *Response of Defendant Jackson Hospital & Clinic, Inc. To Show Cause Order Concerning Plaintiff's Motion to Compel* (Doc. 24, filed June 9, 2008). In the response, Defendant attaches an affidavit from the employee in question, Angela Griffin, wherein she affirms (1) she was not present at the June 21, 2006 staff meeting, (2) she is not of the same race as the Plaintiff, and (3) has never filed a discrimination claim against the Defendant. These enumerated reasons were the rationale behind Plaintiff seeking the personnel file. Since Ms. Griffin has refuted these reasons, the Court does not see the relevance of Ms. Griffin's personnel file.

As a result, it is for good cause **ORDERED** that *Plaintiff's Motion to Compel* (Doc. 21) is **DENIED**.

DONE this 10th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE