IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DOROTHY COWAN,** ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 2:07cv779 |
| **vs.** ) | |
| JACKSON HOSPITAL & CLINIC, ) <br> INC., **a** domestic corporation, conducting ) <br> business in the State of **Alabama,** ) | |
| **Defendant.** ) | |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

**COMES NOW** the Plaintiff, Dorothy Cowan, by and through her undersigned counsel, and pursuant to this Honorable Court's Uniform Scheduling Order dated October 23, 2007, and file this Notice Concerning Settlement Conference and Mediation and states the following:

1. That on May 23, 2008, this Honorable Court extended the discovery deadline to June 30, 2008, to afford the parties additional time to conduct discovery.

2. That since May 23, 2008, there are additional depositions that have been taken, and there are subsequent depositions that will be concluded by June 16, 2008.

3. That counsel for both parties agree that a face-to-face settlement conference would be most productive at the conclusion of depositions.

4. That at this time, defense counsel does not have the authority to accept or reject mediation.

Respectfully Submitted,

/s/Dwayne L. Brown
Dwayne Brown (ASB-9396-B59D)
Attorney for Plaintiff

Of Counsel:

Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

## Certificate of Service

  I hereby certify that on **June** 10, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Ben** C. **Wilson, Esq.**

                /s/ Dwayne L. Brown
                Of Counsel