IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**DOROTHY COWAN,**

    **Plaintiff,**

                                  **Civil Action No. 2:07cv779**

**vs.**

**JACKSON HOSPITAL & CLINIC,
INC., a domestic corporation, conducting
business in the State of Alabama,**

    **Defendant.**

## MOTION FOR SANCTION

**COMES NOW** the undersigned counsel and files this motion for sanction, and in support thereof shows:

1. That on May 22, 2008, the undersigned counsel scheduled depositions in the above-captioned case, including but not limited to, Rebecca Myrick. (Notice of Deposition attached hereto as Exhibit A).

2. That on the afternoon of May 30, 2008, the undersigned counsel received a facsimile from Ben Wilson indicating that Rebecca Myrick was "currently on family/medical leave following a surgical procedure", and that she was expected to return to work around June 16, 2008. (Letter dated May 30, 2008, attached hereto as Exhbit B).

3. That based on attorney Ben Wilson's representation, the undersigned counsel re-noticed Rebecca Myrick's deposition for June 16, 2008. (Re-Notice of Deposition attached hereto as Exhibit C).

4. That at the conclusion of Ed Scholl's deposition, conducted on Wednesday, June 11, 2008, Mr. Wilson requested that Sherry Venable's deposition be rescheduled to another day during the week of June 16th due to a doctor's appointment scheduled for Mr. Wilson's wife.

5. That Mr. Wilson made this request less than twenty-four (24) hours before Ms. Venable's deposition was to begin.

6. That as an accommodation to Mr. Wilson, the undersigned counsel did not request that Mr. Wilson have one of his partners stand-in for him, but agreed to continue Sherry Venable's deposition to the early week of June 16, 2008.

7. On the afternoon of June 12, 2008, the undersigned counsel received a facsimile from Mr. Wilson indicating that he would not be available for Mrs. Myrick's deposition. (Letter dated June 12, 2008, attached hereto as Exhibit D).

8. That Mrs. Myrick's deposition has been scheduled for ten (10) days without any objection from Mr. Wilson.

9. That Mr. Wilson has developed the unfair practice of demanding that depositions be re-scheduled at the eleventh before their commencement.

10. That the undersigned counsel wrote a letter to Mr. Wilson indicating that he expected Mrs. Myrick to be present at the deposition scheduled for Monday, June 16th due to the rapidly approaching deadline for Plaintiff to respond to Defendant's motion for summary judgment in said case.

11. That subsequently, on the afternoon of Friday, June 13, 2008 at approximately 3:47 p.m., attorney Wilson faxed a letter to the undersigned's office indicating that he will not produce Mrs. Myrick for deposition on Monday.' (Letter dated June 13, 2008, attached hereto as Exhibit E).

12. That furthermore, attorney Wilson indicated that he would not produce Mrs. Myrick for said deposition rather than filing a motion to quash said deposition or some other alternative motion to allow the Court to resolve this issue.

13. That due to Mr. Wilson's unfair, blatant, and prejudicial actions, the undersigned counsel is requesting that Jackson be sanctioned for this conduct and/or in the alternative any other relief this Court deems necessary and fair.

---

' That at time of receiving said facsimile, the undersigned was at a doctor's appointment with his minor son. Therefore, said motion had to be dictated for immediate filing.

        Respectfully Submitted,

        /s/Dwayne L. Brown
        Dwayne L. Brown (BRO149)
        Attorney for the Plaintiff

Of Counsel:
**Law Office of Dwayne** L. **Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownadbrownatty.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been served via the Court's ECF system on June 13, 2008 and the same will be sent to the following via e-mail by the Court's ECF system: **Ben** C. **Wilson, esq.**

        /s/Dwayne L. Brown
        Of Counsel

IN. iE UNITED STATES DISTRICT CL,..RT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**DOROTHY COWAN,**

    **Plaintiff,**

                                      Civil Action No. 2:07cv779

vs.

JACKSON HOSPITAL & CLINIC,
INC., a domestic corporation, conducting )
business In the State of Alabama,

    **Defendant.**               )

### NOTICE OF DEPOSITION

**TO: Ben C. Wilson, Esq.**
     **Rushton** Stakely Johnston & Garrett
     **184 Commerce Street**
     Montgomery, AL 36104

    You are hereby notified that at the time, date and place indicated below, the Plaintiff, Dorothy Cowan, will take the testimony by deposition upon oral examination of that party named. This oral examination will be conducted pursuant to the **Federal *Rules of Civil Procedure*** for the purpose of discovery or for use as evidence in this action or both purposes and shall be taken before a Notary Public, or before some other officer authorized by law to administer oaths under the laws of the State of Alabama. This said examination will continue from time to time until completed.

    DATE:                  Friday, June 6, 2008

    **TIME:**                 **9:30 a.m.**

    DEPONENT:       REBECCA  MYRICK

    PLACE:              Law Office of Dwayne L. Brown, PC
                          4150-A Carmichael Road
                          Montgomery, AL 36106

                    Respec.......11y submitted,

                    *[signature]*

                    D\'ay - Brown
                    Attorney for Plainti(

**Of Counsel:**

Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownadbrownatty.com

                    <u>Certificate of Service</u>

    I hereby certify that on **May 22,** 2008, a copy of the foregoing was served on opposing attorney by depositing a copy of the same in the United State Mail, postage prepaid and properly addressed to:

                    **Ben C. Wilson, Esq.**
                **Rushton Stakely Johnston** & Garrett, P. A.
                    184 Commerce Street
                    **Post Office Box 270**
                    Montgomery, AL 36101-0270

                    *[signature]*
                    Of Counsel

# RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
## 184 Commerce Street
## Montgomery, AL 36104
## (334) 206-3100

**To: Dwayne L. Brown**

Company:
Fax: 2773613
Phone:

**From: Ben Wilson**

Fax: (334) 481-0831
Phone: (334) 206-3194
E-mail: dr@RSJG.COM

**NOTES:**

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified dint any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in ermr or are not sure whether it is privileged. please immediately notify us 3y the telephone and return the original message to us at the above address via the U.S. postal service at our expense. Thank you.

IRS CIRCULAR 230 DISCLOSURE: Pursuant to U.S. Treasury Regulations, we arc now required to advise you ihak unless explicitly stated above to the contrary: (I) the contents and conclusions (if any) contained in this communication (including any attachments) are preliminary in nature and do not express a formal opinion contemplated by IRS Circular 230: (2) nothing contained in Lis comet tan ication (including any attachments) is intended to be used, or may be relied upon or used. by any taxpayer for the purpose of avoiding penalties that may be imposed under the Internal Revenue Code; and (3) any statement contained in this communication (including any attachments) relating to any federal tax issue may nut be used by any person to support the promotion. marketing of, or used to recommend any transaction or mailer addressed in this communication.

Date and time of transmission: Friday. May 30. 2008 1:06:54 PM
**Number of pages including this cover sheet: 03**

LAW OFFICES

## RUSHTON, STAKELY, JOHNSTON & GARRET I'

A PROFESSIONAL ASSOCIATION

184 COMMERCE. STRF.RT
MONTCOM1CRY, ALABAMA 36104

MARANO ADDRESS'
POST OFFICE BOX 270
Morroomen, ALABAMA 36101-0270

TELEPHONE: (334)206.3100
PA0544.41LE: (334)262-6277
WEESITE: VAVW ASJO.COMI

WRITER'S Dtith   TssaPHOM. (334) 208-3194
WRITER'S DIRECT IAcOMILL. (334)4R1"'831
EMAIL' BeWIARSIE cos)

May 30, 2008

*Via Facsimile & U.S. Mail*

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, Alabama 36123-0205

    Re:   *Dorothy Cowan v. Jackson Hospital & Clinic*
           **U.S. District Court, Middle District of AL/2:07-ev-779-MHT**

Dear Dwayne:

     I have your letter of May 29, 2008 concerning your contacts with Rebecca Myrick as well as yours of May 22, 2008 enclosing notices of deposition for various employees of Jackson Hospital.

     First, I am familiar with the relevant bar opinions concerning attorney contacts with employees of defendant organizations. I do not know, nor do I suspect, that you did anything improper in contacting Mr. Myrick. What I do know is that Mr. Myrick, on his own volition, contacted Denis Haney at Jackson Hospital and clearly conveyed his desire that neither he nor his wife be contacted again by your office. The purpose of my letter to you was to advise of Mr. Myrick's request and to ask, primarily as matter of courtesy to him (and I suppose to me), that you refrain from further contacts with Mr. Myrick. I again make that request now.

     Secondly, on the deposition notices, you have noticed Mrs. Myrick's deposition for June 6, 2008. As I advised previously, Mrs. Myrick is currently on family/medical leave following a surgical procedure- I now understand that her expected date of return to work is around June 16. Please let me know as soon as possible if you will agree to reschedule her deposition (perhaps the week of June 16). If not, I am going to file a motion for protective order based on her current *medical* status.

Dwayne L. Brown
May 30, 2008
Page 2

      You have also noticed Ed Scholl's deposition for June 5. In an email to you dated May 16, I advised that Mr. Scholl is unavailable the week of June 2 and must be deposed the week of June 9. We will make him available on _____ or 12. The other depositions (Darrington. Venable, and Lowery) are slated for Jun _, _ o i have scheduling conflicts with June 5 and the afternoon of June 10, but I can wor with June 6, 11, and 12. Please let me know your thoughts as to using the 11th and 12th. I see that you have Terri Herring subpoenaed for June 10 at 9:30 a.m. So long as that deposition is concluded by midday, i can accommodate that setting.

      Finally, please be advised that we will tender Gilbert Darrington as the corporate representative of Jackson Hospital and that *we* will tender all Jackson Hospital witnesses for deposition at our offices.



Sincerely yofril

O. C. WILSON   -P

BCW/dcr

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALBAMA
NORTHERN DIVISION

**DOROTHY COWAN,**

    **Plaintiff,**

                                                    **Civil Action No. 2:07CV779**

**vs.**

**JACKSON HOSPITAL & CLINIC,**
**INC., a domestic corporation, conducting**
**business in the State of Alabama,**

    **Defendant.**

## RE-NOTICE OF DEPOSITION

TO: Ben C. **Wilson, Esq.**
     **Rushton Stakely Johnston & Garrett**
     **184 Commerce Street**
     **Montgomery, AL 36104**

    You are hereby notified that at the time, date and place indicated below, the Plaintiff, Dorothy Cowan, will take the testimony by deposition upon oral examination of that party named. This oral examination will be conducted pursuant to the **Federal Rules of Civil Procedure** for the purpose of discovery or for use as evidence in this action or both purposes and shall be taken before a Notary Public, or before some other officer authorized by law to administer oaths under the laws of the State of Alabama. This said examination will continue from time to time until completed.

      **DATE:**                     Monday, June 16, 2008

      **TIME:**                     9:30 a.m.

      **DEPONENT:**        **REBECCA MYRICK**

      **PLACE:**                 Law Office of Dwayne L. Brown, P.C.
                                      **4150-A Carmichael Road**
                                      **Montgomery, AL 36106**

Respectfully submitted,

_____
Dwayne Brown
Attorney for Plaintiff

**Of Counsel:**

Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownddbrownatty.com

**Certificate of Service**

I hereby certify that on **June 2, 2008,** a copy of the foregoing was served on opposing attorney by depositing a copy of the same in the United State Mail, postage prepaid and properly addressed to:

**Ben C. Wilson, Esq.
Rushton Stakely Johnston** & Garrett, **P.** A.
**184 Commerce Street
Post Office Box 270
Montgomery, AL 36101-0270**



# LAW OFFICE OF DWAYNE BROWN

---

FACSIMILE TRANSMITTAL SHEET

---

| | |
|---|---|
| ATTN:<br>Ben C. Wilson, Esq. | FROM:<br>DWAYNE L. BROWN/TAFACA R. WEBSTER |
| FAX NO.<br>262-6277 | DATE:<br>JUNE 11, 2008 |
| 141)5INESS | NO. OF PAGES TO FOLLOW:<br>1 |
| PHONE NUMBER: | SENDERS REFERENCE NUMBER: |
| RE: | YOUR REFERENCE NUMBER: |

Re: Cowan v. Jackson Hospital

---

❏ URGENT  Er  FOR  REVIEW  ⭕ PLEASE COMMENT  ❏ PLEASE REPLY    ❏ PLEASE RECYCLE

NO 14S/COMMPMts:

This information may be within the attorney-client privilege and/or constitute a confidence or secret under the applicable legal and ethical rules. As such, it may be both privileged and confidential. If the reader of this message is not the intended recipient or a duly authorized agent responsible for delivering it to the intended recipient, you are hereby notified that this document has been received in error. Furthermore, any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message and any copies to us by mail. We will reimburse you for *any* reasonable direct or indirect costs you incur connected with the requested telephone call and mailing, We appreciate your courtesy.

POST OFFICE BOX 230205 • MONTGOMERY, AL 36123-0205
PHONE: (334) 277-3757 • FAX: (334) 277-3613

LAW OFFICE OF
# Dwayne L. Brown
CONSUMER JUSTICE ATTORNEYS

Dwayne L Brown
abrowni@Ahrownatty.corn

Laura M. Irby
lirbyigMbrowmattycom

June 11, 2008

<u>VIA FACSIMILE ONLY (334) 262-6277</u>
Ben C. Wilson, Esq.
Rushton Stakely Johnston & Garrett, PA
Post Office Box 270
Montgomery, AL 36101-0270

    **Re:**    **Dorothy R. Cowan v. Jackson Hospital, et al.**
    **Case No.:** 2:07cv779

Dear Ben:

    I acknowledge receipt of your letter earlier this afternoon.

    As you know, Mrs. Myrick's deposition was initially set for June 6, 2008. You sent a letter dated May 30, 2008 indicating that she was on family/medical leave and was expected to return to work around June 16th. Consequently, her deposition was scheduled accordingly. I was just notified this afternoon as per your letter, that you are now unavailable for the June 16th deposition.

    In lieu of the foregoing, I am unwilling to reschedule Mrs. Myrick's deposition due to my June 30, 2008 deadline to respond to Jackson's motion for summary judgment. Therefore, I expect Mrs. Myrick to appear in my office on Monday for her deposition.

    If the court is willing to grant you relief, and give Plaintiff three (3) extra days to respond to Jackson's motion for summary judgment, I am fine with your demand. However, your demand that this deposition be rescheduled at the eleventh hours is unfair, and shortens Plaintiffs time to submit a complete response.

Sincerely,

Dwayne L. Brown

DLB/trw

4150-A Carmichael Road • Montgomery, AL 36106
Reply To: Post Office Box 230205 • Montgomery, AL 36123-0205
Phone: (334) 277.3757 • Fart (334) 277-3613

F. 1

# TRANSMISSION REPORT

(THU) JUN 12 2008 15:52

| | | |
|---|---|---|
| ACCOUNT NAME | : | |
| DESTINATION | : | 2526277 |
| DEST.NUMBER | : | 262627? |
| | | |
| F-CODE | | |

| | | |
|---|---|---|
| DOCUMENT# | : | 6880228-592 |
| TIME STORED | : | JUN 12 15:51 |
| TIME SENT | : | JUN 12 15:51 |
| DURATION | : | 39sec |
| MODE | : | ECM |

PAGES       : 2 sheets
RESULT      : OK

# RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
184 Commerce Street
Montgomery, AL 36104
(334) 206-3100

**To: Dwayne L. Brown**
**Company:**
**Fax:** 2773613
**Phone:**

**From: Ben Wilson**
**Fax:** (334) 481-0831
**Phone:** (334) 206-3194
**E-mail:** dr@RSJG.COM

**NOTES:**

CONFIDENTIALITY NOTICE: Unless otherwise indicated or obvious from the nature of the transmittal, the information contained in this facsimile message is attorney privileged and confidential information intended for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in enor or ale not sure whether it is privileged, please immediately notify us ay the telephone and return the original message to us at the above address via the U.S. postal service at our expense. Thank you.

IRS CIRCULAR 230 DISCLOSURE: Pursuant to U.S. Treasury Regulations, we are now required to advise you that, unless explicitly stated above to the contrary: (I) the contents and conclusions (if any) contained in this communication (including any attachments) are preliminary in nature and do not express a formal opinion contemplated by IRS Circular 230; (2) nothing contained in this communication (including any attachments) is intended to be used, or may be relied upon or used, by any taxpayer for the purpose of avoiding penalties that may he imposed under the Internal Revenue Code; and (3) any statement contained in this communication (including any attachments) relating to any federal tax issue may not be used by any person to support the promotion. marketing of. or used to recommend any transaction or matter addressed in this communication.

**Date and time of transmission: Friday.** June 13. 2008 3:46:32 PM
**Number of pages including this cover sheet: 06**

LAW OFFICES
## RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL Association

I strCOMPAERCE STREET
MONTGOMERY, ALABAMA 36104

MAILING ADDRESS:
POST OFFICE BOX 270
MUNI GLIMERY, AI.AB AMA 36101-0270

TELEPHONE: (334)206-3100
FAES/MTIZ: (134)262-6277
WEBS/LE: WWW ESIG COM

WRITER'S MEE! TELEPHONE: (334)2063194
WRIIER· 9 DIRECT FAESMOLE: (334)481-0831
SmALL: DCW4Rsio cox

CHARLES A SI AKEL Y
1 TIRKIDORE JACKNOW, JR
JAMES W GARRETT. IR
RoHLRIAMINgweR
THoFLAs H ICEEHE
RwHARDBGAREFfl
JEFFREY W BLITZ
DEHNIs R BARER
RONALD G DAVENPORT
PuP W LYSON
RODERI C BROOK
F CHATTY/1PR MOTuuss
  KENT GARRET/
FRANK I SIAKELY
WILLIAMS HAINES
   hN CRUMP WELTS
PAUL M JAMES,*
Oars S SimmoNa
ROaIIRI C WARD, IR

BOWDy 1 BltOwN
DANIELL LINDSEY, JR.
PATRICK M. SUWON
BEN/AMIN C WILSON
L PER HIM CHAPMAN, III
WILLIAM I ESKRIDGE
ALAN 1' HARGHovp-IR
R AUSIN TILTIPAKPit, IR
RICHARD L MCBRmE, JR
R MAC FREEMAN, JR
'Alas R DtcrEHL
R BRED GARRETT
BE/ KANY L BOWER
I' °RANI SEXTON, 1R
STEPHEN P Drug

oFcovmszt,
.lEssE NE WituALIE.

June 13, 2008

<u>Via Facsimile & U.S. Mail</u>

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, Alabama 36123-0205

  Re: *Dorothy Cowan v. Jackson Hospital & Clinic*
    U.S. District Court, Middle District of **AL/2:07-cv-779-MHT**

Dear Dwayne:

  I have your letter of June 11, 2008 indicating your insistence that Rebecca Myrick be deposed on Monday, June 16. In my letter to you of May 30, I indicated that Ms. Myrick's *"expected date of return to work is around June 167'* I suggested that, based on this understanding, you should plan to conduct her deposition at some point during the week of June 16. Thereafter, you unilaterally noticed Ms. Myrick's deposition for June 16. In an effort to respect her medical issues, I have refrained from speaking to Ms. Myrick until she is back at work. I intend to talk to her Monday. For this reason, we will not tender her for deposition on Monday, and we do not intend to appear at your offices at that time.

  I again offer to make Ms. Myrick available on June 17, 18, or 19 (Tuesday, Wednesday, or Thursday of the coming week). I am well aware of your response deadline (June 30) for summary judgment, and, given the limited information that Ms. Myrick could possibly have concerning Ms. Cowan's claims (as well as the speed with which the court reporter has generated transcripts for much longer depositions), I am confident that conducting her deposition within 24-48 hours of the 16th won't work *any* hardship.

  On another note, I looked at my copy of the deposition notice for Ten-i Lowery, and I do not see a production notice. Nevertheless, I have attached contract information between Jackson

Dwayne L. Brown
June 13, 2008
Page 2

Hospital and Terri Lowery. As I indicated, her resume/CV will be produced when Ms. Lowery returns from Texas next week.

Sincerely yours,

BEN C. WILSON

BCW/dcr
Enclosures

cc: Vila Davenport (without enclosures)

Fax Server  Case 2:07-cv-00779-MHT-TFM   Document 27-6   Filed 06/13/2008   Page 3 of 3
                6/13/2008 3:47:19 PM   PAGE   3/005   Fax Server