IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY COWAN, | § | |
| | § | |
|    Plaintiff, | § | |
| | § | |
| v. | § | CASE NO.:  2:07-cv-779-MHT |
| | § | |
| JACKSON HOSPITAL & CLINIC, INC., | § | |
| a domestic corporation, conducting | § | |
| business in the State of Alabama, | § | |
| | § | |
|    Defendant. | § | |

### RESPONSE OF DEFENDANT JACKSON HOSPITAL & CLINIC, INC. TO PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW the Defendant, Jackson Hospital & Clinic, Inc. ("Jackson"), and responds as follows to Plaintiff's Motion for Sanctions (Doc. 27):

1.    Plaintiff took the deposition of exactly one witness during the first nine months of this litigation.

2.    Plaintiff's inactivity required her to move the Court for an extension of time to complete discovery and to respond to Defendant's Motion for Summary Judgment, which was filed on May 12, 2008 in compliance with the applicable scheduling order. At the request of Plaintiff, this Court extended the discovery cutoff to June 30, 2008. *See* Order of May 23, 2009 (Doc. 20).

3.    In the Motion for Sanctions, Plaintiff's counsel implies that his first knowledge of Rebecca Myrick's medical leave came in defense counsel's May 30, 2008 letter. *See* Motion, ¶2. In fact, on May 21, 2008, the day before Plaintiff's counsel unilaterally noticed the Myrick deposition, Plaintiff's counsel was advised by letter that Myrick was away from employment on

1

FMLA leave and was not expected back at work until late June or potentially July. *See* Correspondence of May 21, 2008, Exhibit A hereto.

4.   On May 22, 2008, Plaintiff's counsel noticed Myrick's deposition and several others. Myrick was noticed for June 6, 2008. *See* Exhibit A to Motion for Sanctions.

5.   On May 30, 2008, almost one week before the deposition date, defense counsel again advised of Myrick's medical leave and that her expected date of return to work is "around June 16." *See* Exhibit B to Motion for Sanctions (another copy is attached as Exhibit B hereto). Defense counsel suggested that Myrick's deposition be re-noticed for sometime during the week of June 16. *See id.* Defense counsel's letter offered firm dates for several other deponents sought by Plaintiff. *See id.*

6.   On June 2, 2008, Plaintiff's counsel unilaterally noticed Myrick's deposition for Monday, June 16, 2008 at 9:30 a.m. *See* Exhibit C to Motion for Sanctions.

7.   On June 12, 2008, defense counsel advised plaintiff's counsel that the Monday deposition date would not be available but that the following two days, Tuesday (June 17) or Wednesday (June 18), would be preferable. *See* Correspondence of June 12, 2008, Exhibit C hereto. Later that day, plaintiff's counsel responded and indicated his refusal to re-set the deposition. *See* Correspondence (Plaintiff) of June 12, 2008, Exhibit D hereto.[1]

8.   On June 13, 2008, defense counsel responded. *See* Correspondence of June 13, 2008, Exhibit E hereto. After recounting the history of the efforts to schedule the Myrick deposition, defense counsel advised that he has refrained from communicating with Myrick in deference to her medical leave status and that he intended to communicate with her upon her

---

[1] Though plaintiff counsel's letter is dated June 11, 2008, it was transmitted by facsimile on June 12, 2008.

expected return to work on Monday, June 16. Defense counsel again offered to make Ms. Myrick available on June 17, 18, or 19 (Tuesday, Wednesday, or Thursday).

9. Myrick is a hospital employee who filed an internal grievance concerning disciplinary action that had been applied to her in late 2004. The employee at the heart of Plaintiff's claim, David Jones, was apparently involved in the Myrick discipline. Therefore, Myrick would arguably have relatively limited, if any, relevance to the Plaintiff's claims in this case, which arose in mid-2006. Beyond this reality, any supposed recalcitrance of counsel is effectively and thoroughly negated by the following factors:

(a) Defense counsel has never taken the position that Myrick's deposition would be beyond the scope of permissible discovery. Rather, the refusal to tender her has been based solely out of respect for Myrick's FMLA medical leave.

(b) Defense counsel has been diligent in communicating with plaintiff's counsel concerning the fact of Myrick's medical leave as well as her anticipated date of return to work. Defense counsel initially advised plaintiff's counsel of the FMLA leave within 24 hours of learning that information. *See* Exhibit A.

(c) Defense counsel has offered to tender Myrick for a deposition on <u>any</u> of the three calendar dates immediately following the June 16 date unilaterally chosen by Plaintiff's counsel.[2]

(d) Plaintiff's counsel has never indicated that any of these dates is unavailable on his calendar.

---

[2] Sharon Venable, the other witness referenced by Plaintiff's counsel, is a non-issue. Plaintiff's counsel did agree to reschedule Ms. Venable's deposition to the week of June 16 in light of a medical appointment in Birmingham involving defense counsel's wife. Defense counsel remains appreciative of the flexibility of plaintiff's counsel regarding the Venable deposition and advises the Court that Venable remains available to testify the week of June 16.

Under these circumstances, there is no basis upon which to impose sanctions, and the undersigned urges the Court to overrule Plaintiff's motion forthwith.

/s/ Benjamin C. Wilson_____
**BENJAMIN C. WILSON**
**Ala. Bar No.: asb-1649-i54b**
**Attorney for Defendant**
**Jackson Hospital & Clinic, Inc.**

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
**P.O. Box 270**
**Montgomery, Alabama  36101-0270**
**Phone:  (334) 206-3194**
**Fax:  (334) 481-0831**
**bcw@rsjg.com**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed above and foregoing document with the Court via CM-ECF, on this the 16th day of June 2008, and that service will be made electronically by CM-ECF on the following counsel of record:

Dwayne L. Brown, Esq.
Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, Alabama 36123-0205

/s/ Benjamin C. Wilson_____
OF COUNSEL

LAW OFFICES
## RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

MAILING ADDRESS:
POST OFFICE BOX 270
MONTGOMERY, ALABAMA 36101-0270

TELEPHONE: (334) 206-3100
FACSIMILE: (334) 262-6277
WEBSITE: WWW.RSJG.COM

WRITER'S DIRECT TELEPHONE: (334) 206-3194
WRITER'S DIRECT FACSIMILE: (334) 481-0831
EMAIL: BCW@RSJG.COM

CHARLES A. STAKELY
J. THEODORE JACKSON, JR.
JAMES W. GARRETT, JR.
ROBERT A. HUFFAKER
THOMAS H. KEENE
RICHARD B. GARRETT
JEFFREY W. BLITZ
DENNIS R. BAILEY
RONALD G. DAVENPORT
FRED W. TYSON
ROBERT C. BROCK
F. CHADWICK MORRISS
T. KENT GARRETT
FRANK J. STAKELY
WILLIAM S. HAYNES
HELEN CRUMP WELLS
PAUL M. JAMES, JR.
CHRIS S. SIMMONS
ROBERT C. WARD, JR.

BOWDY J. BROWN
DANIEL L. LINDSEY, JR.
PATRICK M. SHEGON
BENJAMIN C. WILSON
L. PEYTON CHAPMAN, III
WILLIAM I. ESKRIDGE
ALAN T. HARGROVE, JR.
R. AUSTIN HUFFAKER, JR.
RICHARD L. MCBRIDE, JR.
R. MAC FREEMAN, JR.
JAMES R. DICKENS, JR.
R. BRETT GARRETT
BETHANY L. BOLGER
T. GRANT SEXTON, JR.
STEPHEN P. DEES

OF COUNSEL:
JESSE M. WILLIAMS, III

May 21, 2008

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, Alabama 36123-0205

Re:    *Dorothy Cowan v. Jackson Hospital & Clinic*
       U.S. District Court, Middle District of AL/2:07-cv-779-MHT

Dear Dwayne:

I have enclosed the CD that I provided to David Jones in advance of his deposition. As I indicated during the deposition, this CD contains the employee handbook and Mr. Jones' personnel file. All of the documents on the CD were produced to you before the deposition and before they were provided to David Jones. Please return the CD to me after you are satisfied that this, in fact, is correct.

On another note, I learned yesterday that Rebecca Myrick is currently away from her employment on FMLA leave. I am told that her medical leave began on April 23, 2008 and is slated to last between eight and twelve weeks. Therefore, she will not be back at work and available until late June or potentially mid July. As I indicated in prior correspondence, the remaining Jackson Hospital witnesses can be available in early June. Please contact me so we can firm up some available dates.

I look forward to hearing from you.

Sincerely yours,

BEN C. WILSON

BCW/dcr
Enclosure

**Exhibit A**

CHARLES A. STAKELY
J. THEODORE JACKSON, JR.
JAMES W. GARRETT, JR.
ROBERT A. HUFFAKER
THOMAS H. KEENE
RICHARD B. GARRETT
JEFFREY W. BLITZ
DENNIS R. BAILEY
RONALD G. DAVENPORT
FRED W. TYSON
ROBERT C. BROCK
F. CHADWICK MORRISS
T. KENT GARRETT
FRANK J. STAKELY
WILLIAM S. HAYNES
HELEN CRUMP WELLS
PAUL M. JAMES, JR.
CHRIS S. SIMMONS
ROBERT C. WARD, JR.

LAW OFFICES
# RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

MAILING ADDRESS:
POST OFFICE BOX 270
MONTGOMERY, ALABAMA 36101-0270

TELEPHONE: (334) 206-3100
FACSIMILE: (334) 262-6277
WEBSITE: WWW.RSJG.COM

WRITER'S DIRECT TELEPHONE: (334) 206-3194
WRITER'S DIRECT FACSIMILE: (334) 481-0831
EMAIL: BCW@RSJG.COM

BOWDY J. BROWN
DANIEL L. LINDSEY, JR.
PATRICK M. SHEGON
BENJAMIN C. WILSON
L. PEYTON CHAPMAN, III
WILLIAM I. ESKRIDGE
ALAN T. HARGROVE, JR.
R. AUSTIN HUFFAKER, JR.
RICHARD L. MCBRIDE, JR.
R. MAC FREEMAN, JR.
JAMES R. DICKENS, JR.
R. BRETT GARRETT
BETHANY L. BOLGER
T. GRANT SEXTON, JR.
STEPHEN P. DEES

OF COUNSEL:
JESSE M. WILLIAMS, III

May 30, 2008

*Via Facsimile & U.S. Mail*

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, Alabama 36123-0205

Re:   *Dorothy Cowan v. Jackson Hospital & Clinic*
      U.S. District Court, Middle District of AL/2:07-cv-779-MHT

Dear Dwayne:

I have your letter of May 29, 2008 concerning your contacts with Rebecca Myrick as well as yours of May 22, 2008 enclosing notices of deposition for various employees of Jackson Hospital.

First, I am familiar with the relevant bar opinions concerning attorney contacts with employees of defendant organizations. I do not know, nor do I suspect, that you did anything improper in contacting Mr. Myrick. What I do know is that Mr. Myrick, on his own volition, contacted Denis Haney at Jackson Hospital and clearly conveyed his desire that neither he nor his wife be contacted again by your office. The purpose of my letter to you was to advise of Mr. Myrick's request and to ask, primarily as matter of courtesy to him (and I suppose to me), that you refrain from further contacts with Mr. Myrick. I again make that request now.

Secondly, on the deposition notices, you have noticed Mrs. Myrick's deposition for June 6, 2008. As I advised previously, Mrs. Myrick is currently on family/medical leave following a surgical procedure. I now understand that her expected date of return to work is around June 16. Please let me know as soon as possible if you will agree to reschedule her deposition (perhaps the week of June 16). If not, I am going to file a motion for protective order based on her current medical status.

Dwayne L. Brown
May 30, 2008
Page 2

---

    You have also noticed Ed Scholl's deposition for June 5. In an email to you dated May 16, I advised that Mr. Scholl is unavailable the week of June 2 and must be deposed the week of June 9. We will make him available on June 11 or 12. The other depositions (Darrington, Venable, and Lowery) are slated for June 5, 6, or 10. I have scheduling conflicts with June 5 and the afternoon of June 10, but I can work with June 6, 11, and 12. Please let me know your thoughts as to using the 11th and 12th. I see that you have Terri Herring subpoenaed for June 10 at 9:30 a.m. So long as that deposition is concluded by midday, I can accommodate that setting.

    Finally, please be advised that we will tender Gilbert Darrington as the corporate representative of Jackson Hospital and that we will tender all Jackson Hospital witnesses for deposition at our offices.

Sincerely yours,

BEN C. WILSON

BCW/dcr

LAW OFFICES
# RUSHTON, STAKELY, JOHNSTON & GARRETT
A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA 36104

MAILING ADDRESS:
POST OFFICE BOX 270
MONTGOMERY, ALABAMA 36101-0270

TELEPHONE: (334) 206-3100
FACSIMILE: (334) 262-6277
WEBSITE: WWW.RSJG.COM

WRITER'S DIRECT TELEPHONE: (334) 206-3194
WRITER'S DIRECT FACSIMILE: (334) 481-0831
EMAIL: BCW@RSJG.COM

CHARLES A. STAKELY
J. THEODORE JACKSON, JR.
JAMES W. GARRETT, JR.
ROBERT A. HUFFAKER
THOMAS H. KEENE
RICHARD B. GARRETT
JEFFREY W. BLITZ
DENNIS R. BAILEY
RONALD G. DAVENPORT
FRED W. TYSON
ROBERT C. BROCK
F. CHADWICK MORRISS
T. KENT GARRETT
FRANK J. STAKELY
WILLIAM S. HAYNES
HELEN CRUMP WELLS
PAUL M. JAMES, JR.
CHRIS S. SIMMONS
ROBERT C. WARD, JR.

BOWDY J. BROWN
DANIEL L. LINDSEY, JR.
PATRICK M. SHEGON
BENJAMIN C. WILSON
L. PEYTON CHAPMAN, III
WILLIAM I. ESKRIDGE
ALAN T. HARGROVE, JR.
R. AUSTIN HUFFAKER, JR.
RICHARD L. MCBRIDE, JR.
R. MAC FREEMAN, JR.
JAMES R. DICKENS, JR.
R. BRETT GARRETT
BETHANY L. BOLGER
T. GRANT SEXTON, JR.
STEPHEN P. DEES

*OF COUNSEL:*
JESSE M. WILLIAMS, III

June 12, 2008

*Via Facsimile & U.S. Mail*

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, Alabama 36123-0205

Re:  ***Dorothy Cowan v. Jackson Hospital & Clinic***
     **U.S. District Court, Middle District of AL/2:07-cv-779-MHT**

Dear Dwayne:

I have your letter of June 11 confirming the cancellation of Terri Lowery's deposition. We will produce what we have in the way of responsive information to items #1-4 of the production request attached to Terri's notice of deposition. I will have her contractual agreement with Jackson Hospital available to you by the end of the week. After we spoke yesterday, I spoke with Terri, who told me that her resume or curriculum vitae is at her home in Texas. She is going home today and will provide a copy to me when she returns early next week. Therefore, I will supply that to you next week. As for item #4 in the production request, I am checking, but I do not believe that she has any correspondence that would be responsive.

As for the other depositions that you seek, we will make Sharon Venable and, if necessary, Rebecca Myrick available for deposition one day next week. I know that you had noticed Ms. Myrick's deposition for Monday, June 16. Please be advised that I cannot do a Monday deposition, but I am available later in the week. Right now, Tuesday or Wednesday looks best.

Finally, I intend to file a very short motion seeking about three days to reply to anything you file in response to our summary judgment motion. I simply wanted to advise you of this filing, which will be forthcoming soon.

**Exhibit C**

Dwayne L. Brown
June 12, 2008
Page 2

Sincerely yours,

BEN C. WILSON

BCW/dcr

Exhibit C

**LAW OFFICE OF**
# Dwayne L. Brown
CONSUMER JUSTICE ATTORNEYS

Dwayne L. Brown
dbrown@dbrownatty.com

Laura M. Irby
lirby@dbrownatty.com

June 11, 2008

**VIA FACSIMILE ONLY (334) 262-6277**
Ben C. Wilson, Esq.
Rushton Stakely Johnston & Garrett, PA
Post Office Box 270
Montgomery, AL 36101-0270

    Re:    Dorothy R. Cowan v. Jackson Hospital, et al.
    Case No.:    2:07cv779

Dear Ben:

    I acknowledge receipt of your letter earlier this afternoon.

    As you know, Mrs. Myrick's deposition was initially set for June 6, 2008. You sent a letter dated May 30, 2008 indicating that she was on family/medical leave and was expected to return to work around June 16th. Consequently, her deposition was scheduled accordingly. I was just notified this afternoon as per your letter, that you are now unavailable for the June 16th deposition.

    In lieu of the foregoing, I am unwilling to reschedule Mrs. Myrick's deposition due to my June 30, 2008 deadline to respond to Jackson's motion for summary judgment. Therefore, I expect Mrs. Myrick to appear in my office on Monday for her deposition.

    If the court is willing to grant you relief, and give Plaintiff three (3) extra days to respond to Jackson's motion for summary judgment, I am fine with your demand. However, your demand that this deposition be rescheduled at the eleventh hours is unfair, and shortens Plaintiff's time to submit a complete response.

Sincerely,

Dwayne L. Brown

DLB/trw

4150-A Carmichael Road • Montgomery, AL 36106
Reply To: Post Office Box 230205 • Montgomery, AL 36123-0205
Phone: (334) 277-3757 • Fax: (334) 277-3613

Exhibit D

LAW OFFICES
# RUSHTON, STAKELY, JOHNSTON & GARRETT

A PROFESSIONAL ASSOCIATION

184 COMMERCE STREET
MONTGOMERY, ALABAMA  36104

MAILING ADDRESS:
POST OFFICE BOX 270
MONTGOMERY, ALABAMA  36101-0270

TELEPHONE: (334) 206-3100
FACSIMILE: (334) 262-6277
WEBSITE: WWW.RSJG.COM

WRITER'S DIRECT TELEPHONE: (334) 206-3194
WRITER'S DIRECT FACSIMILE: (334) 481-0831
EMAIL: BCW@RSJG.COM

CHARLES A. STAKELY
J. THEODORE JACKSON, JR.
JAMES W. GARRETT, JR.
ROBERT A. HUFFAKER
THOMAS H. KEENE
RICHARD B. GARRETT
JEFFREY W. BLITZ
DENNIS R. BAILEY
RONALD G. DAVENPORT
FRED W. TYSON
ROBERT C. BROCK
F. CHADWICK MORRISS
T. KENT GARRETT
FRANK J. STAKELY
WILLIAM S. HAYNES
HELEN CRUMP WELLS
PAUL M. JAMES, JR.
CHRIS S. SIMMONS
ROBERT C. WARD, JR.

BOWDY J. BROWN
DANIEL L. LINDSEY, JR.
PATRICK M. SHEGON
BENJAMIN C. WILSON
L. PEYTON CHAPMAN, III
WILLIAM I. ESKRIDGE
ALAN T. HARGROVE, JR.
R. AUSTIN HUFFAKER, JR.
RICHARD L. MCBRIDE, JR.
R. MAC FREEMAN, JR.
JAMES R. DICKENS, JR.
R. BRETT GARRETT
BETHANY L. BOLGER
T. GRANT SEXTON, JR.
STEPHEN P. DEES

OF COUNSEL:
JESSE M. WILLIAMS, III

June 13, 2008

*Via Facsimile & U.S. Mail*

Dwayne L. Brown
Law Office of Dwayne L. Brown, P.C.
P.O. Box 230205
Montgomery, Alabama 36123-0205

Re: ***Dorothy Cowan v. Jackson Hospital & Clinic***
**U.S. District Court, Middle District of AL/2:07-cv-779-MHT**

Dear Dwayne:

I have your letter of June 11, 2008 indicating your insistence that Rebecca Myrick be deposed on Monday, June 16. In my letter to you of May 30, I indicated that Ms. Myrick's *"expected date of return to work is around June 16."* I suggested that, based on this understanding, you should plan to conduct her deposition at some point during the week of June 16. Thereafter, you unilaterally noticed Ms. Myrick's deposition for June 16. In an effort to respect her medical issues, I have refrained from speaking to Ms. Myrick until she is back at work. I intend to talk to her Monday. For this reason, we will not tender her for deposition on Monday, and we do not intend to appear at your offices at that time.

I again offer to make Ms. Myrick available on June 17, 18, or 19 (Tuesday, Wednesday, or Thursday of the coming week). I am well aware of your response deadline (June 30) for summary judgment, and, given the limited information that Ms. Myrick could possibly have concerning Ms. Cowan's claims (as well as the speed with which the court reporter has generated transcripts for much longer depositions), I am confident that conducting her deposition within 24-48 hours of the 16th won't work any hardship.

On another note, I looked at my copy of the deposition notice for Terri Lowery, and I do not see a production notice. Nevertheless, I have attached contract information between Jackson

**Exhibit E**

Dwayne L. Brown
June 13, 2008
Page 2

---

Hospital and Terri Lowery. As I indicated, her resume/CV will be produced when Ms. Lowery returns from Texas next week.

Sincerely yours,

*[signature]*

BEN C. WILSON

BCW/dcr
Enclosures

cc: Vila Davenport (without enclosures)

**Exhibit E**

## Consulting /Interim Management Agreement
March 10, 2008

| | |
|---|---|
| **Client:** | Jackson Hospital and Clinics, Inc.<br>Montgomery, Alabama |
| **Consultant:** | Terri Lowery, RN, BSN<br>133 Cottonwood Lane, Little Elm, Texas |
| **Termination of Agreement:** | Either party may cancel without cause with a 30 Day Notice |
| **Time Commitment:** | 40 hours/week |
| **Payment:** | Invoice weekly<br>    an hour<br>Hospital to provide rental car reimbursement and airfare<br>Consultant responsible for payment of all other expenses (food & housing). |
| **Other Provisions:** | Consultant is responsible for own insurance<br>All information from Jackson Hospital and Clinics, Inc. is considered confidential and should not be discussed or released in any manner.<br><br>Patient Information is private and subject to all HIPAA rules/ guidelines.<br><br>Consultant will act in a professional manner at all times and adhere to the policies and procedures of Jackson Hospital and Clinic, Inc. |

*Terri Lowery* (signature)
Teresa/Terri Lowery, RN, BSN

133 Cottonwood Lane
Little Elm, Texas 75068
**Address**

_____
**Social Security Number:**

**3/10/08**
Date:

*Cynthia Dixon* (signature)
Cynthia Dixon, VP Pt. Services
Jackson Hospital and Clinics, Inc.
Montgomery, Alabama

*Don Henderson* (signature)
Don Henderson, CEO
Jackson Hospital and Clinics, Inc.
Montgomery, Alabama

Exhibit E

JH
000713

Consulting Agreement
August 29, 2006

| | |
|---|---|
| Client: | Jackson Hospital and Clinics, Inc. Montgomery, AL |
| Consultant: | Terri Lowery, RN, BSN Little Elm, TX |
| Period of Time: | 6 - 8 weeks as needed (Either party may cancel with 24 hour notice without cause) |
| Time Committment: | 36 hours / week |
| Payment: | ___ / hour = ___ / week Invoiced weekly Hospital to provide rental car reimbursement Consultant responsible for payment of all other expenses (air fare, food, etc) |
| Other provisions: | Consultant is responsible for own insurance All information from Jackson Hospital and Clinics, Inc. is considered confidential and should not be discussed or released in any manner. Patient information is private and subject to all HIPAA rules/ guidelines. Consultant will act in a professional manner at all times and adhere to the policies and procedures of Jackson Hospital and Clinic, Inc. |

*Terri Lowery, RN BSN*
Theresa/ Terri Lowery, RN, BSN
133 Cottonwood Ln
Little Elm, TX 75068
Address

SS # _____

8/29/06
Date

*Cynthia Dixon*
Cynthia Dixon, VP Pt. Svcs
Jackson Hospital and Clinics, Inc.
Montgomery, AL

*Don*
Don Henderson, CEO
Jackson Hospital and Clinics, Inc.
Montgomery, AL

Exhibit E

JH 000714