IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:07-cv-779-MHT |
| | ) |
| JACKSON HOSPITAL & | ) |
| CLINIC, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**ORDER**

It is **ORDERED** that the parties shall convene for a telephonic hearing on **June 16, 2008 at 2:00 p.m.** on Plaintiff's *Motion for Sanctions* (Doc. 27, filed June 13, 2008). The hearing shall be attended by at least one of the attorneys representing each of the parties. Plaintiff shall be responsible for coordinating all the necessary parties on a joint conference call and calling chambers at (334) 954-3740 at the appropriate time.

DONE this 16th day of June, 2008.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE