IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY COWAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:07-cv-779-MHT |
| | ) | |
| JACKSON HOSPITAL & | ) | |
| CLINIC, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER

Pending before the Court is Plaintiff's *Motion for Reconsideration* (Doc. 30, filed June 16, 2008). The motion for sanctions also includes a request to compel the deposition of Rebecca Myrick. The Court held a telephonic hearing on the matter on June 16, 2008.

Based on the pleadings, the oral arguments of counsel, and for good cause, it is **ORDERED** that the motion is **DENIED**.

DONE this 17th day of June, 2008.

       /s/Terry F. Moorer
       TERRY F. MOORER
       UNITED STATES MAGISTRATE JUDGE