IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:07-cv-779-MHT |
| | ) |
| JACKSON HOSPITAL & | ) |
| CLINIC, INC., | ) |
| | ) |
|     Defendant. | ) |

## ORDER

Pending before the Court is Plaintiff's *Motion for Sanction* (Doc. 27, filed June 13, 2008) and the *Response of Defendant Jackson Hospital & Clinic, Inc. To Plaintiff's Motion for Sanctions* (Doc. 28, filed June 16, 2008). The motion for sanctions also includes a request to compel the deposition of Rebecca Myrick. The Court held a telephonic hearing on the matter on June 16, 2008.

Based on the pleadings, the oral arguments of counsel, and for good cause, it is **ORDERED** that the motion to compel is **GRANTED** and the motion for sanction is **DENIED**. The deposition of Rebecca Myrick shall take place at Plaintiff's convenience between June 17, 2008 and June 19, 2008.

DONE this 17th day of June, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE