IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CASE NO.: 2:07-cv-779-MHT |
| | § |
| JACKSON HOSPITAL | § |
| & CLINIC, INC., | § |
| a domestic corporation, conducting | § |
| business in the State of Alabama, | § |
| | § |
| Defendant. | § |

**MOTION FOR LEAVE TO SUBMIT BRIEF IN REPLY TO
PLAINTIFF'S RESPONSE TO MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendant, Jackson Hospital & Clinic, Inc. ("Jackson"), and respectfully moves this Court for leave to submit a reply to any submission the Plaintiff may file in response to this Defendant's pending motion for summary judgment. As the summary judgment movant, Jackson carries the burden to demonstrate the absence of any genuine issue of material fact. According to this Court's Order of May 23, 2008 (Doc. 20), any summary judgment response by the Plaintiff is due on or before June 30, 2008. Therefore, Jackson moves the Court to allow *three days* from the filing of Plaintiff's response in which it may submit a brief in reply. A three-day allowance is minimal and should not work any prejudice to the Plaintiff nor unduly interfere with the Court's evaluation of the filings for and against summary judgment.

/s/ Benjamin C. Wilson_____
**BENJAMIN C. WILSON**
**Ala. Bar No.: ASB-1649-I54B**
**Attorney for Defendant,**
**Jackson Hospital & Clinic, Inc.**

**OF COUNSEL:**
**RUSHTON, STAKELY, JOHNSTON**
**& GARRETT, P.A.**
**P.O. Box 270**
**Montgomery, Alabama  36101-0270**
**Phone:  (334) 206-3194**
**Fax:  (334) 481-0831**
**bcw@rsjg.com**

### CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed above and foregoing document with the Court via CM-ECF, on this the 27th day of June 2008, and that service will be made electronically by CM-ECF on the following counsel of record:

Dwayne L. Brown, Esq.
Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, Alabama 36123-0205

/s/ Benjamin C. Wilson_____
OF COUNSEL