IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DOROTHY COWAN,                    )
                                  )
     Plaintiff,                   )
                                  )
                                  )     CIVIL ACTION NO.
     v.                           )       2:07cv779-MHT
                                  )
JACKSON HOSPITAL & CLINIC,        )
INC., etc.,                       )
                                  )
     Defendants.                  )
```

## ORDER

It is ORDERED that the motion for leave to submit reply brief (Doc. No. 35) is granted.

DONE, this the 30th day of June, 2008.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE