IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**DOROTHY COWAN,**

    **Plaintiff,**

vs.                                                Civil Action No. 2:07cv779

**JACKSON HOSPITAL & CLINIC,**    )
**INC., a domestic corporation, conducting**  )
**business in the State of Alabama,**    )

    **Defendant.**

### PLAINTIFF'S MOTION IN PARTIAL OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

    **COMES NOW** the Plaintiff, Dorothy Cowan, by and through her undersigned counsel, and respectfully moves this Honorable Court to deny Defendant Jackson Hospital (Jackson's) motion for summary judgment relative to Plaintiff's retaliation and constructive discharge claims. Plaintiff files contemporaneously herewith its memorandum in partial opposition to Defendant's motion for summary judgment. Due to the voluminous nature of Plaintiffs exhibits, said exhibits will be hand delivered under separate cover.

                                                          Respectfully Submitted,

                                                          /s/Dwavne L. Brown
                                                          Dwayne L. Brown (BRO149)
                                                          Attorney fix the Plaintiff

Of Counsel:
**Law Office of Dwayne** L. **Brown, PC**
Post Office Box 230205
Montgomery, Alabama 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrown@dbrownatty.com

CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing has been served via the Court's ECF system on June 30, 2008 and the same will be sent to the following via e-mail by the Court's ECF system: **Ben** C. **Wilson, esq.**

                                    /s/Dwayne L. Brown
                                    Of Counsel