# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DOROTHY COWAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO.: 2:07-CV-779-MHT |
| § | |
| JACKSON HOSPITAL & CLINIC, § | |
| INC., § | |
| § | |
| Defendant. § | |

## WITNESS LIST OF JACKSON HOSPITAL & CLINIC, INC.

COMES NOW Jackson Hospital & Clinic, Inc., by and through counsel, and in response to the applicable scheduling order, hereby identifies the following individuals who may be called as witnesses at the trial of this matter. Jackson Hospital is listing these potential witnesses based on the current status of the litigation, specifically the claims pled in the Plaintiff's Complaint and prior to the issuance of the pretrial order or any ruling on its pending Motion for Summary Judgment, and it reserves the right to withdraw any of these listed witnesses as may be warranted by subsequent events or rulings of the Court.

### I. WITNESSES EXPECTED TO BE CALLED

1. Gilbert Darrington
   Jackson Hospital & Clinic, Inc.
   1725 Pine Street
   Montgomery, Alabama 36106
   (334) 293-8000

2. Cynthia Dixon, R.N.
   Jackson Hospital & Clinic, Inc.
   1725 Pine Street
   Montgomery, Alabama 36106
   (334) 293-8000

3.     Terri Lowery, R.N.
       Jackson Hospital & Clinic, Inc.
       1725 Pine Street
       Montgomery, Alabama  36106
       (334) 293-8000

4.     Dorothy Cowan

## II.  WITNESSES THAT MAY BE CALLED IF THE NEED ARISES

1.     David Jones
       2020 Newburg Road
       Louisville, Kentucky  40205
       (334) 652-2726

2.     Ed Scholl
       Jackson Hospital & Clinic, Inc.
       1725 Pine Street
       Montgomery, Alabama  36106
       (334) 293-8000

3.     Sandra Sperry, R.N.
       45 Park Place South #227
       Morristown, New Jersey 07960
       (973) 573-1304

4.     Paula Zeuger, R.N.
       Contact information unknown

5.     Stephanie Lockhart, R.N.
       Jackson Hospital & Clinic, Inc.
       1725 Pine Street
       Montgomery, Alabama  36106
       (334) 293-8000

6.     Laura Gardner, R.N.
       Jackson Hospital & Clinic, Inc.
       1725 Pine Street
       Montgomery, Alabama  36106
       (334) 293-8000

7.     Desiree Neal
       Jackson Hospital & Clinic, Inc.
       1725 Pine Street
       Montgomery, Alabama  36106

   (334) 293-8000

8.  Rick Mann
  Jackson Hospital & Clinic, Inc.
  1725 Pine Street
  Montgomery, Alabama  36106
  (334) 293-8000

9.  Michael Ritzus
  Jackson Hospital & Clinic, Inc.
  1725 Pine Street
  Montgomery, Alabama  36106
  (334) 293-8000

10.  Carmen Bowe
  Jackson Hospital & Clinic, Inc.
  1725 Pine Street
  Montgomery, Alabama  36106
  (334) 293-8000

11.  Sharon Venable
  Jackson Hospital & Clinic, Inc.
  1725 Pine Street
  Montgomery, Alabama  36106
  (334) 293-8000

12.  Martine Bettis
  Jackson Hospital & Clinic, Inc.
  1725 Pine Street
  Montgomery, Alabama  36106
  (334) 293-8000

13.  Gloria Thomas
  Jackson Hospital & Clinic, Inc.
  1725 Pine Street
  Montgomery, Alabama  36106
  (334) 293-8000

14.  Rosa Moses
  Jackson Hospital & Clinic, Inc.
  1725 Pine Street
  Montgomery, Alabama  36106
  (334) 293-8000

15. Sharon Ann Turner
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

16. Marjorie Ann Cobb
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

17. Regina Tolbert
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

18. Rebecca Myrick
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

19. Rosetta Green
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

20. Mary Zeigler
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

21. Teresa Arrington
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

22. Angela Griffin
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

23. Lisa Davis
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

24. Denise Portera, R.N.
    Contact information unknown

25. Patricia Edwards
    Contact Information Unknown

26. Stephania Just
    Contact Information unknown

27. Diedre Thomas
    Contact information unknown

28. Tracy McGinty
    Contact information unknown

29. Jamison Helmer
    Contact information unknown

30. Brenda McCoy
    Contact information unknown

31. Janice Relfe
    Contact information unknown

32. Dee Smith
    Contact information unknown

33. Tonia Jefferson
    Contact information unknown

34. Shirley Diane McGough
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

35. Kim Ingram
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

36. Jackie Singleton
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

37. Jean Lockley
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

38. Jennifer Robinson
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

39. Janice Hathcock
    Contact information unknown

40. Katie McMann
    Contact Information Unknown

41. Katie Scott
    Contact Information Unknown

42. Terri Herring
    Contact information unknown

43. Don Henderson
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, Alabama  36106
    (334) 293-8000

44. Krys Candelaria, R.N.
    45 Park Place South #227
    Morristown, New Jersey 07960
    (973) 573-1304

45. Larry Pugh
    Contact information unknown

46. Medical records custodian of Joel McCloud, M.D.
    1301 Mulberry Street
    Montgomery, AL  36106
    (334) 265-6153

47. Joel McCloud, M.D.
    1301 Mulberry Street
    Montgomery, AL  36106
    (334) 265-6153

48. Records custodian of Shashy & Shashy, P.A.
    1722 Pine Street
    Suite 204
    Montgomery, AL  36106
    (334) 262-4418

49. Office Manager / Human Resources Manager
    Shashy & Shashy, P.A.
    1722 Pine Street
    Suite 204
    Montgomery, AL 36106
    (334) 262-4418

50. Kathy Batson
    1722 Pine Street
    Suite 204
    Montgomery, AL  36106
    (334) 262-4418

51. A corporate representative of Jackson Hospital and Clinic, Inc.

52. A representative of any/all of plaintiff's employers.

53. A representative of any and all/all health insurance carriers providing benefits to Dorothy Cowan.

54. Any and all current or former employees of Jackson Hospital & Clinic, Inc. who may have any knowledge of the incident made the basis of this lawsuit.

55. Any and all medical or other healthcare providers who have provided care and/or treatment to Dorothy Cowan for any reason at any time; this includes, but is not limited to, those healthcare providers whose records have been produced through authorization, subpoena, or discovery in this litigation.

56. Any or all witnesses whose testimony may be necessary regarding the issue of damages.

57. Any or all witnesses contained in any witness list served by counsel for Dorothy Cowan at anytime.

58. Any witnesses whose testimony may be necessary for purposes of authentication or impeachment.

59. Any witnesses who may testify as a custodian of medical, employment, insurance, or other records.

60. Any and all individuals identified or referenced in any party's initial disclosures, interrogatories, responses to requests for production, other written request, or deposition who may possess discoverable or admissible information or testimony.

61. Any individual who authored or is listed as a recipient of any document or record referenced in the exhibit list of any party.

62. Any witnesses whose identity becomes known through the course of discovery.

63. Any witnesses who give deposition testimony in this case at any time before trial.

64. This Defendant reserves the right to supplement this list as justice may require.

/s/ Ben C. Wilson_____
**BEN C. WILSON (ASB-1649-I54B)
Attorney for Defendant
Jackson Hospital & Clinic, Inc.**

**OF COUNSEL:
Ben C. Wilson
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  334/834-8480
Fax:  334/262-6277**

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed above and foregoing document with the Court via CM-ECF, on this the 30th day of July 2008, and that service will be made electronically by CM-ECF on the following counsel of record:

Dwayne L. Brown, Esq.
Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, Alabama 36123-0205

/s/ Benjamin C. Wilson_____
OF COUNSEL