**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| DOROTHY COWAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO.: 2:07-CV-779-MHT |
| § | |
| JACKSON HOSPITAL & CLINIC, § | |
| INC., § | |
| § | |
| Defendant. § | |

**EXHIBIT LIST OF JACKSON HOSPITAL & CLINIC, INC.**

COMES NOW Jackson Hospital & Clinic, Inc., by and through counsel, and in response to the applicable scheduling order, hereby identifies the following exhibits that it may utilize at the trial of this matter. Jackson Hospital is listing these potential exhibits based on the current status of the litigation, specifically the claims pled in the Plaintiff's Complaint and prior to the issuance of the pretrial order or any ruling on its pending Motion for Summary Judgment, and it reserves the right to withdraw any of these listed exhibits as may be warranted by subsequent events or rulings of the Court.

1. Personnel file of Dorothy Cowan maintained by Jackson Hospital & Clinic, Inc. (subject to redactions at trial) (previously produced to plaintiff's counsel in defendant's initial disclosures)

2. Personnel Change Request (JH004)

3. Plaintiff's employee evaluation (JH005-008)

4. Personnel Change Request (JH024)

5. Personnel Change Request (JH025)

6. Bed Control Supervisor job description (JH026-028)

7. Personnel Change Request (JH031)

8. Plaintiff's employee evaluation (JH032-034)

9. Employee evaluation information tool (JH036-037)

10. Plaintiff's annual competency checklist (JH038-039)

11. Plaintiff's application for new position dated December 13, 2004 (JH040)

12. Personnel Change Request (JH046)

13. Plaintiff's annual competency checklist (JH047-055)

14. Personnel Change Request (JH056)

15. Personnel Change Request (JH057)

16. Personnel Change Request (JH062)

17. Personnel Change Request (JH066)

18. Personnel Change Request (JH068)

19. Plaintiff's annual competency checklist (JH069-076)

20. Personnel Change Request (JH081)

21. Plaintiff's annual competency checklist (JH082-088)

22. Personnel Change Request (JH095)

23. Personnel Change Request (JH097)

24. Personnel Change Request (JH099)

25. Plaintiff's annual competency checklist (JH100-104)

26. Personnel Change Request (JH115)

27. Plaintiff's annual competency checklist (JH116-121)

28. Probationary employee progress report (JH130)

29. Personnel Change Request (JH131)

30. Memorandum from Peggy Benson to Rosemary Cain dated December 29, 1998 (JH132)

31. Personnel Change Request (JH136)

32. Personnel Change Request (JH148)

33. Personnel Change Request (JH158)

34. Personnel Change Request (JH164)

35. Personnel Change Request (JH165)

36. Personnel Change Request (JH166)

37. Personnel Change Request (JH168)

38. Personnel Change Request (JH179)

39. Personnel Change Request (JH195)

40. Personnel Change Request (JH202)

41. Personnel Change Request (JH205)

42. Personnel Change Request (JH212)

43. Personnel Change Request (JH220)

44. Personnel Change Request (JH228)

45. Personnel Change Request (JH229)

46. Personnel Change Request (JH234)

47. Personnel Change Request (JH236)

48. Personnel Change Request (JH238)

49. Personnel Change Request (JH245)

50. Orientation checklist (JH251)

51. Plaintiff's application for employment (JH253-54)

52. Termination of service form (JH258)

53. June 22, 2006 e-mail (8:54 a.m.) from Dorothy Cowan to Gilbert Darrington et al regarding staff meeting (JH261)

54. June 22, 2006 e-mail (9:44 a.m.) from Dorothy Cowan to Gilbert Darrington et al regarding staff meeting (JH260)

55. Anonymous letter dated July 21, 2006 (JH262-64)

56. Charge of discrimination filed with the E.E.O.C. by Dorothy Cowan (Ptf)[1]

57. Dismissal and Notice of Rights Letter from the E.E.O.C. (Ptf)

58. Plaintiff's letter of resignation of employment at Jackson Hospital (JH259)

59. Plaintiff's application for employment with Shashy & Shashy (Ex. 15 to Plaintiff's deposition)

60. Plaintiff's personnel file/payroll records concerning employment with Shashy & Shashy (subpoenaed from employer)

61. Memorandum (signed by plaintiff) of February 26, 2007 regarding operations of House Office (Ptf and Ex. 13 to Plaintiff's deposition)

62. Agenda for March 6, 2006 House Office meeting (Ptf and Ex. 14 to Plaintiff's deposition)

63. Gilbert Darrington's handwritten notes concerning interviews with staff following June 21, 2006 staff meeting (JH686)

64. Jackson Hospital's disciplinary policy and procedure (740.01) (JH418-425)

---

[1] The use of the designation "Ptf" throughout this exhibit list signifies that the document referenced was produced by the Plaintiff during the course of this litigation. Documents referenced by bates labels have been produced previously by the Defendant or are being produced contemporaneously with the submission of this witness list.

4

65. Jackson Hospital's policy on equal employment/sexual harassment (700.02) (JH451-52)

66. Jackson Hospital's policy on family and medical leave (730.04) (JH455-459)

67. Jackson Hospital's policy on grievance procedure (790.01) (JH465-466)

68. Jackson Hospital's policy on overtime (720.07) (JH487-88)

69. Jackson Hospital's policy on promotion, demotion, and transfer (710.08) (JH504-06).

70. Jackson Hospital's policy on sexual harassment (700.04) (JH513-532)

71. Written reprimand concerning Dorothy Cowan (JH041-042)

72. Written reprimand concerning Dorothy Cowan (JH061)

73. Termination report concerning Terri Herring (JH801-03)

74. Written reprimand of January 26, 2007 concerning Terri Herring (JH804-05)

75. Written reprimand of April 7, 2003 concerning Terri Herring (JH771-774)

76. Written reprimand of November 29, 2001 concerning Terri Herring (JH769-770)

77. Written reprimand of October 22, 2002 concerning Terri Herring (JH764-768)

78. Memorandum concerning Plaintiff's family/medical leave in 2005 (JH020)

79. Memorandum concerning Plaintiff's family/medical leave in 2007 (JH018)

80. Plaintiff's application for family medical leave in 2007 (Ptf)

81. Certification of health care provider concerning family/medical leave (Form WH-380) (Ptf)

82. Memorandum (handwritten) from Dr. Joel McCloud dated January 16, 2007 (Ptf)

83. Memorandum (typed) from Dr. Joel McCloud dated January 17, 2007 (Ptf)

84. Plaintiff's medical records as maintained by Dr. Joel McCloud

85. Plaintiff's medical records as maintained by American Family Care

86. Plaintiff's medical records as maintained by Montgomery Otolaryngology

87. Plaintiff's medical records as maintained by Pri-Med

88. Email authored by Cynthia Dixon advising that the bed control office is under the authority of nursing administration (JH806)

89. Plaintiff's payroll records (Jackson Hospital) for 2006 (JH822-24)

90. Overtime payroll data (JH821)

91. Email of September 1, 2006 from David Jones to Cynthia Dixon et al (JH807)

92. Email of September 11, 2006 from David Jones to Cynthia Dixon et al (JH808-09)

93. Email of July 30, 2006 from Billie Sellers to others (JH810)

94. Email of August 30, 2006 from Dorothy Cowan to Cynthia Dixon (JH811-12)

95. Email of August 16, 2006 from Dorothy Cowan to Cynthia Dixon (JH813)

96. Email of August 17, 2006 from Cynthia Dixon to Dorothy Cowan (JH814)

97. Email of August 9, 2006 from Denise Portera to Cynthia Dixon (JH815)

98. Email of August 23, 2006 from Cynthia Dixon to others (JH816)

99. Email of August 23, 2006 from Diane Burton to department heads with attachment (organizational chart) (JH817-18)

100. Email of December 20, 2006 from Cynthia Dixon to others regarding Terri Lowery as interim manager (JH819)

101. Email of December 22, 2006 from Don Henderson to others regarding overtime expenditures (JH820)

102. David Jones's annual employee evaluation (June 2006) (JH549-550)

103. David Jones's annual competency checklist (June 2006) (JH552)

104. Jackson Hospital's policy and procedure concerning termination (710.09) (JH541-543)

105. Plaintiff's exit interview checklist dated March 23, 2007 (JH001)

106. Plaintiff's exit interview questionnaire dated March 23, 2007 (Ptf)

107. Plaintiff's 2002 federal income tax return (Ptf)

108. Plaintiff's 2002 state income tax return (Ptf)

109. Plaintiff's 2003 federal income tax return (Ptf)

110. Plaintiff's 2003 state income tax return (Ptf)

111. Plaintiff's 2004 federal income tax return (Ptf)

112. Plaintiff's 2004 state income tax return (Ptf)

113. Plaintiff's 2005 federal income tax return (Ptf)

114. Plaintiff's 2005 state income tax return (Ptf)

115. Plaintiff's 2006 federal income tax return (Ptf)

116. Plaintiff's 2006 state income tax return (Ptf)

117. Purple stuffed animal (available for inspection)

118. Memorandum (signed by L. Gardner) of February 26, 2007 regarding operations of House Office (JH775)

119. Memorandum (signed by D. Neal) of February 26, 2007 regarding operations of House Office (JH776)

120. Contract for services between Terri Lowery, R.N. and Jackson Hospital (JH759-60)

121. Curriculum vitae of Terri Lowery (JH761-763)

122. Memorandum regarding STAR training (JH777)

123. Memorandum of May 10, 2006 from David Jones to staff (JH778-781)

124. Pay policy and employee signature sheet (JH782-784)

125. Overtime policy and employee signature sheet (JH785-787)

126. Memorandum of February 13, 2006 from David Jones to staff (JH788-791)

127. Employee cross training schedules (JH792-799)

128. Employee cross training schedule (JH800)

129. Employee handbook of Jackson Hospital (JH265-547)

130. Personnel file of David Jones maintained by Jackson Hospital & Clinic, Inc. (subject to redactions at trial) (JH548-685)

131. Memoranda to/from Rebecca Myrick concerning grievance(s) (JH690-711)

132. Payroll information regarding David Jones (JH712-58)

133. Plaintiff's responses to Jackson Hospital's interrogatories ##1-15

134. Plaintiff's responses to Jackson Hospital's interrogatories ##16-33

135. All documents, materials, and/or records attached to any deposition as exhibits.

136. All documents/materials produced in response to a subpoena for documents or any authorization for release of documents or records.

137. All documents produced to counsel in open court.

138. All discovery responses (interrogatories, request for production, request for and/or admissions) served by any party in this case.

139. Any documents or materials that may become relevant to the defense through the course of remaining discovery or at trial.

140. Any exhibit listed, referenced, or offered by Plaintiff in any exhibit list served in this litigation.

141. Any exhibit that may become necessary to submit as a result of any depositions that occur between now and the trial of this cause.

142. Any document, record, or other material that may be offered for impeachment or rebuttal purposes.

143. Blow-ups, enlargements, or magnifications of any exhibit, answer to interrogatories, requests for production, deposition testimony, or statutory/regulatory provisions as may be necessary

144. This Defendant reserves the right to supplement this exhibit list as justice may require.

          /s/ Ben C. Wilson
          **BEN C. WILSON**
          **Alabama Bar No.: ASB-1649-I54B**
          **Attorney for Defendant**
          **Jackson Hospital & Clinic, Inc.**

**OF COUNSEL:**
Ben C. Wilson
**RUSHTON, STAKELY, JOHNSTON
& GARRETT, P.A.**
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone:  334/834-8480
Fax:  334/262-6277
bcw@rsjg.com

**CERTIFICATE OF SERVICE**

      I hereby certify that I have electronically filed above and foregoing document with the Court via CM-ECF, on this the 30th day of July 2008, and that service will be made electronically by CM-ECF on the following counsel of record:

Dwayne L. Brown, Esq.
Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, Alabama 36123-0205

                                              */s/ Ben C. Wilson*_____
                                              OF COUNSEL