**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

**DOROTHY COWAN,**

      **Plaintiff,**

                                   **Civil Action No. 2:07cv779**

**vs.**

**JACKSON HOSPITAL** & CLINIC,
**INC., a domestic corporation, conducting**
**business in the State of Alabama,**

      **Defendant.**

## PLAINTIFF'S WITNESS LIST

      **COMES NOW** the Plaintiff, Dorothy Cowan, by and through her undersigned

counsel, and in compliance to this Court's Uniform Scheduling Order dated October 23,

2007, and submits her witness list in the above-captioned case:

1. Dorothy Cowan
   Beverly Drive
   Montgomery, AL 3611
   (334) 356-9592

2. David Jones
   2020 Newburg Road
   Louisville, KY 40205

3. Martha Motes;
   Jackson Hospital & Clinic, Inc.
   1725 Pine Street
   Montgomery, AL 36106
   (334) 293-8000

4. Cynthia Dixon;
   Jackson Hospital & Clinic, Inc.
   1725 Pine Street
   Montgomery, AL 36106
   (334) 293-8000

5. Paula Zeugler;
   Contact information is unknown

6. Gilbert Darrington;
   Jackson Hospital & Clinic, Inc.
   1725 Pine Street
   Montgomery, AL 36106
   (334) 293-8000

7. Terri Lowery;
   Jackson Hospital & Clinic, Inc.
   1725 Pine Street
   Montgomery, AL 36106
   (334) 293-8000

8. Don Henderson;
   Jackson Hospital & Clinic, Inc.
   1725 Pine Street
   Montgomery, AL 36106
   (334) 293-8000

9. Laura Gardner;
   Jackson Hospital & Clinic, Inc.
   1725 Pine Street
   Montgomery, AL 36106
   (334) 293-8000

10. Ed Scholl;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

11. Terri Herring;
    3226 Capwood Curve
    Montgomery, AL 36116

12. Rebecca Myrick;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

13. Sherry Venable;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street

    Montgomery, AL 36106
    (334) 293-8000

14. Angela Griffin;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

15.  Dr. Joel McCloud;
     1301 Mulberry Street
     Montgomery, AL 36106
     (334) 265-6153

16. Tammy Hoit;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

17. Martha Motes;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

18. Dee Smith;
    Contact information is unknown

19. Brenda McCoy;
    Contact information is unknown

20.  Janice Hathcock;
     Contact information is unknown

21. Charlotte Gillis;

22. Janice Relf;
    Contact information is unknown

23. Josephine Carol;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

24. Jennifer Robinson;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

25. Ann Cobb;
    Jackson Hospital &         Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

26. Mary Zeigler;

27. Tonya Jefferson;
    Contact information is unknown

28. Martine Bettis;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

29. Jackie Singleton;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

30. Jamison Helmer;
    Contact information is unknown

31. Peggy Benson;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

32. Rick Mann;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

33. Regina Tolbert;
    Jackson Hospital & Clinic, Inc.
    1725 Pine Street
    Montgomery, AL 36106
    (334) 293-8000

34. Carmen Bowe;
    Contact information is unknown

35. Any witness whose testimony may be needed for authentication;

36. Any witness necessary for rebuttal or impeachment purposes;

37. Any witness named in Defendant's witness; and

38. Plaintiff reserves the right to supplement her witness list.


                                        Respectfully Submitted,


                                        /s/Dwayne L. Brown
                                        Dwayne Brown (ASB-9396-B59D)
                                        Attorney for Plaintiff

**Of Counsel:**

Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownOdbrownatty.com

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing has been
served via the Court's ECF system on July 30, 2008 and the same will be sent to the
following via e-mail by the Court's ECF system: **Ben** C. **Wilson, esq.**


                                        is/Dwayne L. Brown
                                        Of Counsel