IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**DOROTHY COWAN,**           )
                             )
    **Plaintiff,**          )
                             )  Civil Action No. 2:07cv779
vs.                          )
                             )
**JACKSON HOSPITAL** & CLINIC,      )
**INC., a domestic corporation, conducting** )
**business in the State of Alabama,**     )
                             )
    **Defendant.**          )

## PLAINTIFF'S EXHIBIT LIST

**COMES NOW** the Plaintiff, Dorothy Cowan, by and through her undersigned counsel, and in compliance to this Court's Uniform Scheduling Order dated October 23, 2007, and submits her exhibit list in the above-captioned case:

1. Excerpts of Dorothy Cowan's Deposition;
2. Personnel Change Request dated January 4, 1999;
3. Memo dated December 29, 1998;
4. Job Description for Bed Control Training Coordinator, Position no. 443;
5. David Jones' Personnel Change Request dated August 17, 2005;
6. Excerpts of David Jones' Deposition;
7. Excerpts of Ed Scholl's Deposition;
8. Excerpts of Gilbert Darrington's Deposition;
9. Excerpts of Rebecca Myrick's Deposition;
10. Record of Employee Counseling for Rebecca Myrick dated November 12, 2004;

11. Rebecca Myrick's Response to Meeting dated November 13, 2004;

12. Records from Dr. Joel McCloud;

13. Excerpts of Terry Herring's Deposition.

14. Letter dated July 21, 2006 from "A Group of Unsatisfied Employees";

15. Jackson Hospital & Clinic's Policy and Procedure Manual;

16. Application for Family & Medical Leave dated January 24, 2007;

17. Charge of Discrimination filed by Dorothy Cowan;

18. Any document that may show proof of damages;

19. Any exhibit on Defendant's exhibit list; and

20. Plaintiff reserves the right to supplement her exhibit list.

          Respectfully Submitted,

          /s/Dwayne L. Brown
          Dwayne Brown (ASB-9396-B59D)
          Attorney for Plaintiff

**Of Counsel:**

Law Office of Dwayne L. Brown, P.C.
Post Office Box 230205
Montgomery, AL 36123-0205
Telephone: (334) 277-3757
Facsimile: (334) 277-3613
E-Mail: dbrownadbrownatty.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served via the Court's ECF system on July 30, 2008 and the same will be sent to the following via e-mail by the Court's ECF system: **Ben C. Wilson, esq.**

          /s/Dwayne L. Brown
          Of Counsel